UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,

         Plaintiffs - Appellees,

  v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,

         Defendants - Appellants,

 and

MADISON KENYON and MARY MARSHALL,

         Intervenors - Appellants.

Nos. 20-35813, 20-35815

D.C. No. 1:20-cv-00184-DCN
U.S. District Court for Idaho, Boise

**ORDER**

The amicus brief submitted by American Academy of Pediatrics, American Medical Association, American Psychiatric Association, and 10 Additional Health Care Organizations on December 21, 2020 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7