APPEAL NOS. 20-35813, 20-35815

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,

*Plaintiffs-Appellees*,

v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, et al.,

*Defendants-Appellants,*

and

MADISON KENYON and MARY MARSHALL,

*Intervenors-Appellants.*

---

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:20-cv-00184-DCN
Hon. David C. Nye

---

# INTERVENORS-APPELLANTS' MOTION TO SUPPLEMENT THE RECORD

---


KRISTEN K. WAGGONER
JOHN J. BURSCH
CHRISTIANA M. HOLCOMB
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
kwaggoner@ADFlegal.org
jbursch@ADFlegal.org
cholcomb@ADFlegal.org

ROGER G. BROOKS
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rbrooks@ADFlegal.org

BRUCE D. SKAUG
RAUL R. LABRADOR
SKAUG LAW. P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
bruce@skauglaw.com
raul@skauglaw.com

CHRISTOPHER P. SCHANDEVEL
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(571) 707-4655
cschandevel@ADFlegal.org

*Counsel for Intervenors-Appellants*

Pursuant to this Court's inherent equitable authority, Intervenors Madison Kenyon and Mary Marshall move to supplement the record with the declarations listed below, which they cite in their Supplemental Letter Brief.

- Exhibit A, Declaration of Boise State University Registrar Mandy Nelson.
- Exhibit B, Declaration of Boise State University Associate Athletic Director/Compliance Matthew Brewer.

Intervenors submit that these declarations clarify the facts concerning the Plaintiffs' assertion that Hecox has taken a "leave of absence" from BSU, Appellees' Br. 17 n.4, and will be helpful to the Court's evaluation of the question of the mootness of Hecox's claims. *Johnson v. Rancho Santiago Comm. Coll. Dist.*, 623 F.3d 1011, 1020 n.3 (9th Cir. 2010) ("[W]e exercise our discretion to supplement the record on appeal so that we may determine whether we have jurisdiction."); *Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003) ("Consideration of new facts may even be mandatory, for example, when developments render a controversy moot and thus divest us of jurisdiction." (citing *Arizonans for Official English v. Arizona*, 520 U.S. 43, 68 n.23 (1997))).

Respectfully submitted,

Madison Kenyon and
Mary Marshall,
*Intervenors-Appellants*

Dated: May 20, 2021 By: */s/ Roger G. Brooks*


KRISTEN K. WAGGONER
JOHN J. BURSCH
CHRISTIANA M. HOLCOMB
ALLIANCE DEFENDING FREEDOM
440 First Street, NW
Suite 600
Washington, DC 20001
(202) 393-8690
kwaggoner@ADFlegal.org
jbursch@ADFlegal.org
cholcomb@ADFlegal.org
BRUCE D. SKAUG
RAUL R. LABRADOR
SKAUG LAW. P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
bruce@skauglaw.com
raul@skauglaw.com

ROGER G. BROOKS
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rbrooks@ADFlegal.org

CHRISTOPHER P. SCHANDEVEL
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(571) 707-4655
cschandevel@ADFlegal.org

*Counsel for Intervenors-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the foregoing motion to supplement the record with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Roger G. Brooks*
Roger G. Brooks
*Counsel for Intervenors-Appellants*

May 20, 2021