# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Lindsay Hecox, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>Bradley Little, et al.,<br><br>Defendants-Appellants,<br><br>and<br><br>Madison Kenyon, et al.,<br><br>Intervenors-Appellants. | Case Nos. 20-35813, 20-35815<br><br>On Appeal from the United States District Court for the District of Idaho<br><br>D.C. Case No. 1:20-cv-00184-DCN |

**Declaration of Mandy Nelson**

I, Mandy Nelson, declare as follows:

1. I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

2. I am currently employed at Boise State University ("BSU") as the Registrar. As part of my duties as Registrar, my office maintains student records relating to student registration and enrollment, transcripts and course scheduling.

3. According to the official records database in my office, student Lindsay Hecox utilized the student portal on our website to withdraw from some of her classes at BSU on October 26, 2020.

4. Lindsay Hecox withdrew from the remainder of her classes at BSU using the same portal on October 28, 2020, which effected a complete withdrawal from all classes she was enrolled in at the University.

5. Because Lindsey Hecox withdrew from all of her classes prior to the October 30, 2020, cut-off for withdrawals, she was not required, and did not provide any reason for her withdrawal.

6. Since her complete withdrawal from classes on October 28, 2020, our records indicate Lindsay Hecox has not enrolled in any classes at BSU.

7. Lindsay Hecox never requested a "leave of absence" from BSU, and nothing in our records indicate such a status for her. A "leave of absence" is not a term or phrase that is used by BSU's Registrar's Office in relation to students who self-withdraw from classes prior to the deadline for dropping classes.

8. Registration for the Fall 2021 semester opened on March 22, 2021 and Lindsay Hecox had an appointment on April 5, 2021. As of the date of this declaration, Lindsay Hecox has not enrolled in any classes at BSU for the Fall 2021 semester.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2021

[signature]
Mandy Nelson