# EXHIBIT B

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Lindsay Hecox, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>Bradley Little, et al.,<br><br>Defendants-Appellants,<br><br>and<br><br>Madison Kenyon, et al.,<br><br>Intervenors-Appellants. | Case Nos. 20-35813, 20-35815<br><br>On Appeal from the United States District Court for the District of Idaho<br><br>D.C. Case No. 1:20-cv-00184-DCN |

**Declaration of Matthew Brewer**

I, Matthew Brewer, declare as follows:

1. I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

2. I am currently employed at Boise State University ("BSU") as the Associate Athletic Director/Compliance. As part of my work at BSU, I am responsible for working with coaches and student athletes and prospective student athletes to ensure eligibility to try out for athletic teams at BSU and ensuring BSU's athletes are eligible to compete in compliance with National Collegiate Athletic Association (NCAA) requirements.

3. Lindsay Hecox was cleared to try out for out for BSU's women's track and cross-country teams, which according to my records began on October 21, 2020.

4. After day one of the tryout, the coaches cut nine out of twelve of the students trying out for the team, including Lindsay Hecox. According to our records, Lindsay Hecox was notified

on or around October 22, 2020, that she did not make BSU's women's track and cross-country teams.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2021

Matthew Brewer