No. 20-35813

# In the United States Court of Appeals
# For the Ninth Circuit
_____

LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe,

*Plaintiffs - Appellees*,

v.

BRADLEY LITTLE, et al.,

*Defendants - Appellants*,

and

MADISON KENYON; MARY MARSHALL,

*Intervenors*.
_____

### NOTICE OF *AMICUS* NAME AND EMAIL CHANGE
_____

On Appeal from the United States District Court
U.S. District Court for the District of Idaho
The Honorable David C. Nye
Case No. 1:20-cv-00184-DCN
_____

# NOTICE OF NAME AND EMAIL CHANGE FOR
## *AMICUS CURIAE*

Please take notice that as of January 1, 2021, the *Amicus Curiae* previously known as the U.S. Chapter of the Women's Human Rights Campaign has changed its name to the Women's Declaration International USA. The pertinent email address has been updated accordingly and the change has been submitted to PACER CM/ECF.

Dated: January 7, 2021

                                                                      Respectfully Submitted,

_____
Kara Dansky
202-360-5217
president@womensdeclarationusa.com