| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 10 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, # 1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, # 1; in their official capacities; INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>        Defendants-Appellants,<br><br> and<br><br>MADISON KENYON; MARY MARSHALL, | No.   20-35813<br><br>D.C. No. 1:20-cv-00184-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |

|  |  |
|---|---|
| Intervenors. |  |

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, <br><br>        Plaintiffs-Appellees, <br><br>v. <br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capapcity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, # 1; COBY DENNIS, in his official capapcity as superintendent of the Independent School District of Boise City #1; INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, # 1; in thier official capacities; INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, <br><br>        Defendants, <br><br>and <br><br>MADISON KENYON; MARY MARSHALL, | No.   20-35815 <br><br>D.C. No. 1:20-cv-00184-DCN |

Intervenors-Appellants.

Before: WARDLAW, GOULD, and CHRISTEN, Circuit Judges.

In light of the amended opinion filed on June 7, 2024 (Dkt. No. 251), the petitions for rehearing en banc (Dkt. Nos. 219 and 220) are **DENIED** as moot. The parties may file new petitions for panel rehearing or rehearing en banc in accordance with Federal Rules of Appellate Procedure 35(c) and 40(a)(1).

**IT IS SO ORDERED**.