UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>MADISON KENYON and MARY MARSHALL,<br><br>        Intervenors. | No. 20-35813<br><br>D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise<br><br>**ORDER** |
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of | No. 20-35815<br><br>D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise |

Idaho; et al.,

    Defendants,

and

MADISON KENYON and MARY MARSHALL,

    Intervenors - Appellants.

The mandate issued on July 01, 2024 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT