UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>MADISON KENYON and MARY MARSHALL,<br><br>        Intervenors. | No. 20-35813<br><br>D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of | No. 20-35815<br><br>D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise |

Idaho; et al.,

        Defendants,

and

MADISON KENYON and MARY MARSHALL,

        Intervenors - Appellants.

The judgment of this Court, entered June 07, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT