# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 15, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Bradley Little, Governor of Idaho, et al.
           v. Lindsay Hecox, et al.
           No. 24-38
           (Your No. 20-35813, 20-35815)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 11, 2024 and placed on the docket July 15, 2024 as No. 24-38.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Susan Frimpong
                        Case Analyst