# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 3, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Bradley Little, Governor of Idaho, et al.
           v. Lindsay Hecox, et al.
           No. 24-38
           (Your No. 20-35813, 20-35815)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk