# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2026

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      **Re:  Little, Gov. of ID, et al.
              v. Lindsay Hecox, et al.
              No. 24-38 (Your docket Nos. 20-35813, 20-35815)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                     Sincerely,

                     SCOTT S. HARRIS, Clerk

                     By

                     M. Altner
                     Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2026

Mr. Michael Adam Zarian, Esq.
Office of the Idaho Attorney General
700 W. Jefferson Street, Suite 210
Boise, ID 83642

Ms. Kathleen Roberta Hartnett, Esq.
Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111

      **Re:   Little, Gov. of ID, et al.**
            **v. Lindsay Hecox, et al.**
            **No. 24-38**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing Costs:** | **$12,092.25** |
| **Clerk's Costs:** | **$300.00** |
| **Total:** | **$12,392.25** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 9th Cir.
     (Your docket Nos. 20-35813, 20-35815)

# Supreme Court of the United States

No.  24–38

## BRADLEY LITTLE,
## GOVERNOR OF IDAHO, ET AL.,

Petitioners,

*v.*

## LINDSAY HECOX, ET AL.

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Bradley Little, Governor of Idaho, et al., recover from Lindsay Hecox, et al., Twelve Thousand Three Hundred Ninety-Two Dollars and Twenty-Five Cents for costs herein expended.

June 30, 2026

| | |
|---|---|
| **Printing Costs:** | $12,092.25 |
| **Clerk's Costs:** | $300.00 |
| **Total:** | $12,392.25 |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States