UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX<br><br>Plaintiff-Appellee,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>Defendants-Appellants,<br><br>and<br><br>MADISON KENYON; MARY MARSHALL,<br><br>Intervenors. | No. 20-35813<br><br>D.C. No. 1:20-cv-00184-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |
| LINDSAY HECOX<br><br>Plaintiff-Appellee,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>Defendants,<br><br>and<br><br>MADISON KENYON; MARY MARSHALL, | No. 20-35815<br><br>D.C. No. 1:20-cv-00184-DCN |

Intervenors-Appellants.

Before: WARDLAW, GOULD, and CHRISTEN, Circuit Judges.

On June 30, 2026, in *West Virginia v. B. P. J.*, 146 S. Ct. 2356 (2026), the Supreme Court reversed our affirmation of the district court's preliminary injunction enjoining the State of Idaho from enforcing the Fairness in Women's Sports Act, Idaho Code §§ 33-6201–06 (2020). The Court also remanded the case back to our court for further proceedings.

Accordingly, the parties are requested to file a supplemental letter brief addressing the following questions: (1) Is Lindsay Hecox's case moot? and (2) Are there any other aspects of Hecox's case that may be affected by the *B. P. J.* decision? The supplemental briefs must be double-spaced, not exceed 15 pages, and be submitted no later than 21 days after the entry of this order.

**IT IS SO ORDERED**.