UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 09 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe,

Plaintiffs - Appellees,

v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,

Defendants - Appellants,

and

MADISON KENYON and MARY MARSHALL,

Intervenors.

Nos. 20-35813, 20-35815

D.C. No. 1:20-cv-00184-DCN
U.S. District Court for Idaho, Boise

**ORDER**

The supplemental letter brief submitted on October 8, 2026 by Lindsay Hecox is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT