**Nos. 20-35813, 20-35815**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe,
*Plaintiffs-Appellees*,

v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, *et al.*,
*Defendants-Appellants,*
and

MADISON KENYON; MARY MARSHALL,
*Intervenors-Defendants.*

---

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:20-CV-00184-DCN

---

# APPELLANTS' MOTION TO SUPPLEMENT THE RECORD

---

RAÚL R. LABRADOR
ATTORNEY GENERAL

OFFICE OF THE IDAHO
ATTORNEY GENERAL
700 W. Jefferson St.
Boise, ID 83720
(208) 334-2400
michael.zarian@ag.idaho.gov
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

MICHAEL A. ZARIAN
Solicitor General

JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH
Deputy Attorney General

*Counsel for Appellants*

Pursuant to this Court's inherent equitable authority, Appellants respectfully move to supplement the record on appeal with the Declaration of Amanda Nelson, the Registrar of Boise State University, which they cite in their Supplemental Letter Brief.

Appellants submit this declaration in response to the Court asking whether Hecox's case is moot. Dkt. 264. The declaration attests that Hecox is not currently enrolled in classes at Boise State University, which bears on the likelihood that Hecox will seek to participate in women's sports and the Court's ability to grant meaningful relief. *See W. Virginia v. B. P. J.*, 146 S. Ct. 2356, 2373 n.3 (2026). The declaration will therefore assist the Court if it chooses to decide mootness itself rather than remanding the matter to the district court. The Court has authority to consider the declaration because it relates to mootness. *McDonald v. Lawson*, 94 F.4th 864, 869 (9th Cir. 2024) ("We can, and, in some cases, must consider extra-record evidence when developments render a controversy moot and thus divest us of jurisdiction.") (cleaned up).

Dated: October 13, 2026

Respectfully submitted,
RAÚL R. LABRADOR
ATTORNEY GENERAL

/s/*Michael A. Zarian*
MICHAEL A. ZARIAN
Solicitor General

JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH
Deputy Attorney General

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27 because it contains 174 words. The motion complies with the type size and typeface comply with Fed. R. App. P. 27 because it has been prepared in a proportionally spaced typeface using Word 14-point Garamond typeface.

/s/*Michael A. Zarian*
Michael A. Zarian

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will effectuate service on all counsel of record.

/s/*Michael A. Zarian*
Michael A. Zarian